NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West 7th Avenue, # 9, Room 253
Anchorage, AK  99513-7567
Tel. (907) 271-5071
Fax  (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

Attorney for Plaintiff


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No.  3:01-CR-00034 (JMF) |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **NOTICE OF SUBMISSION OF** |
| ERIC CHANDLER, | ) | **PROPOSED ORDER TO RELEASE** |
| | ) | **ATTACHED PFD FUNDS** |
| Defendant. | ) | |

Plaintiff hereby notifies the Court of its submission of a proposed order to release attached PFD funds separate from its previously filed Motion to Release Attached PFD Funds.  Said Motion was inadvertently submitted with the proposed order attached to the document.

//

//

//

//

RESPECTFULLY SUBMITTED this 5th day of December, 2007, at Anchorage, Alaska.

                                NELSON P. COHEN
                                UNITED STATES ATTORNEY

                                s/Richard L. Pomeroy
                                RICHARD L. POMEROY
                                ASSISTANT U.S. ATTORNEY
                                222 West 7th Avenue # 9, Room 253
                                Anchorage, AK 99513-7567
                                Tel. (907) 271-5071
                                Fax  (907) 271-2344
                                E-mail: richard.pomeroy@usdoj.gov
                                AK #8906031